UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CENTER CAPITAL CORP., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV 1225 CDP |
| | ) | |
| CENTERLINE LEASING CO., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties joint motion to extend the date for filing the joint proposed scheduling plan and to continue the conference in this matter pursuant to Rule 16, Fed.R.Civ.P., **[#22]** is granted. The Rule 16 Conference is postponed until further order.

**IT IS FURTHER ORDERED** that the parties are to file a joint status report on or before **December 21, 2009**, to inform the Court if this matter should be reset for a Rule 16 Conference.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2009.