IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CENTER CAPITAL CORPORATION )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CENTERLINE LEASING COMPANY, )<br>DISTRIBUTION TRANSPORTATION SERVICES )<br>COMPANY, DTS TRUCK DIVISION COMPANY, )<br>THOMAS KOMADINA, SR. and )<br>DONNA M. KOMADINA, )<br>    Defendants. ) | ) Case No. 4:09-cv-01225 |

## AGREED CONSENT JUDGMENT

This matter comes before the Court for entry of Agreed Consent Judgment, due notice having been given, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises, THIS COURT MAKES THE FOLLOWING FINDINGS:

The parties entered into a Settlement Agreement which requires Defendants to make certain payments to Center Capital.

Pursuant to the Settlement Agreement between the parties to this matter, CENTER CAPITAL CORPORATION, CENTERLINE LEASING COMPANY, DISTRIBUTION TRANSPORTATION SERVICES COMPANY, DTS TRUCK DIVISION COMPANY, and THOMAS KOMADINA, SR. have agreed that judgment shall enter jointly and severally against the Defendants in this matter. However, so long as all payments to Center Capital Corporation are timely made as set forth in the Settlement Agreement and so long as no other event of default under the Settlement Agreement occurs, Center Capital shall not execute on the Agreed Consent Judgment.

Based upon the foregoing findings, IT IS HEREBY ORDERED:

1. Judgment is entered in favor of Center Capital Corporation and against CENTERLINE LEASING COMPANY, DISTRIBUTION TRANSPORTATION SERVICES COMPANY, DTS TRUCK DIVISION COMPANY and THOMAS KOMADINA, SR. jointly and severely, in the amount of $421,358.72, with interest to accrue on the unpaid balance at the rate of 6.25% per year.

2. Any amounts paid to Center Capital pursuant to the Settlement Agreement between CENTER CAPITAL CORPORATION and Defendants shall be credited to the judgment entered herein.

3. As long as CENTERLINE LEASING COMPANY, DISTRIBUTION TRANSPORTATION SERVICES COMPANY, DTS TRUCK DIVISION COMPANY and/or THOMAS KOMADINA, SR. make timely payments to Center Capital as set forth in the Settlement Agreement referenced above, and as long as CENTERLINE LEASING COMPANY, DISTRIBUTION TRANSPORTATION SERVICES COMPANY, DTS TRUCK DIVISION COMPANY and THOMAS KOMADINA, SR. are not otherwise in default under the terms of said Settlement Agreement, Center Capital shall not execute on the judgment entered herein.

4. If Defendants, or any of them, make all the payments, on or before the dates due as set forth in the Settlement Agreement, totaling $285,00.00 plus whatever interest accrues from and after today's date on the unpaid balance at the rate of 6.25% per year, then Plaintiff will file a full satisfaction of this Judgment.

5. This Court shall retain jurisdiction over the parties hereto and over the subject matter to enforce this Agreed Consent Judgment and the Settlement Agreement (a copy of which is attached and incorporated herein).

**ENTERED:**

_[signature]_    DATE: 4/12/10
Judge